An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRIAN J. STEINBERG,
Appellant,
vs.
SABINA F. STEINBERG,
Respondent.

No. 62198

**FILED**

MAR 2 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant has moved to voluntarily dismiss this appeal. The motion is granted, with the parties to bear their own costs and fees. NRAP 42(b). Therefore, we

ORDER this appeal DISMISSED.[1]

_____, C.J.
Pickering

cc:     Hon. Vincent Ochoa, District Judge
        Steinberg Law Group
        Sterling Law, LLC
        Eighth District Court Clerk

---

[1]In light of this order, no response to this court's February 1, 2013, order to show cause is necessary.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-08729